IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| Paul's Industrial Garage, LLC, and Gibson Sanitation, LLC,<br><br>         Plaintiffs,<br><br>v.<br><br>City of Red Wing, a municipal corporation in the State of Minnesota, Dennis Tebbe, in his official capacity as Director of Public Works, and Richard Moskwa, in his official capacity as Deputy Director of Public Works for the City of Red Wing, Minnesota,<br><br>         Defendants. | Case No. 06-CV 4770 RHK/JSM<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL REMAINING CLAIMS** |

  The parties, through their counsel, hereby stipulate to the dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a) (1) of all claims and prayers for relief that have not already been dismissed, including the Plaintiffs' claims for nominal damages and for attorneys' fees, and that the parties shall bear their own costs. The parties also stipulate to the withdrawal of all pending motions.

2

Dated:  June 13, 2007  **GREENE ESPEL, P.L.L.P.**


    s/John M. Baker
John M. Baker, Reg. No. 174403
Pamela L. VanderWiel, Reg. No. 305960
John W. Ursu, Reg. No. 032257X
200 S. Sixth Street, Suite 1200
Minneapolis, MN  55402
(612) 373-0830

Attorneys for Defendants


Dated: June 11, 2007  **INSTITUTE FOR JUSTICE**


    s/Lee U. McGrath
Lee U. McGrath, Reg. No. 0341502
Nicholas C. Dranius, Reg. No. 0174537
527 Marquette Ave., Suite 1600
Minneapolis, MN 55402-1330
(612) 435-3451

Attorneys for Plaintiffs

## ORDER

**IT IS HEREBY ORDERED** that all claims and prayers for relief that have not already been dismissed, including the Plaintiffs' claims for nominal damages and for attorneys' fees, are hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a) (1).

**IT IS FURTHER ORDERED** that the parties shall bear their own costs.


Date:  June 13, 2007

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge